UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Satellite Industries, Inc., | Court File No. 05-1626 JRT-FLN |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)** |
| L. T. Hampel Corporation, | |
| Defendant. | |

---

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Satellite Industries, Inc., by and through its counsel, hereby files this Notice of Dismissal.  Plaintiff represents that Defendant has not served an answer or motion for summary judgment.  Accordingly, Plaintiff dismisses the above-entitled action *without* prejudice and without further notice or order of the Court, with the right of the Plaintiff to refile said action at any time within the applicable period of limitation, and without any further or additional costs to any of the parties.

Dated:  May 1, 2006                               **OPPENHEIMER WOLFF & DONNELLY LLP**


                                                  s:/  Craig J. Lervick
                                                  Craig J. Lervick (Atty. Reg. No. 225368)
                                                  Cyrus A. Morton (Atty. Reg. No. 287325)
                                                  Plaza VII, Suite 3300
                                                  45 South Seventh Street
                                                  Minneapolis, Minnesota  55402-1609
                                                  (612) 607-7000
                                                  (612) 607-7100 (Fax)

                                                  **Attorneys for Plaintiff Satellite Industries, Inc.**