UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Satellite Industries, Inc., | Court File No. 05-1626 JRT-FLN |
| Plaintiff, | |
| vs. | **APPLICATION TO WITHDRAW AS COUNSEL OF RECORD** |
| L. T. Hampel Corporation, | |
| Defendant. | |

---

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Cyrus A. Morton, currently listed as counsel of record for Plaintiff Satellite Industries, Inc., wishes to withdraw as counsel for Plaintiff in this case for the following reason(s):

1. I am no longer working at Oppenheimer Wolff & Donnelly LLP and thus no longer working on the above-referenced case.


Dated:  May 4, 2006                s:/  Cyrus A. Morton_____
                                   Cyrus A. Morton